NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.H.,            )
           )
       Appellant,    )
           )
v.             )     Case No. 2D19-1917
           )
STATE OF FLORIDA,    )
           )
       Appellee.     )
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Polk
County; Melissa Gravitt, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

       Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.